IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JONES, JR. | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-5594 |
| BRISTOL TOWNSHIP, et al | : |

## ORDER

AND NOW, this 21st day of April 2016, upon consideration of Judge Gibbons' and Magisterial District Judge Kline's Motion to dismiss (ECF Doc. No. 10), Randy C. Flager, Esq.'s Motion to dismiss (ECF Doc. No. 13), Bristol Township's, James McCauley's, Glen Kucher's and Debra Juno's Motion to dismiss (ECF Doc. No. 14), Defendant Kathleen Byrne, Esq.'s Motion to Dismiss (ECF Doc. No. 15), Plaintiff failing to respond to the Motions and for the reasons in the accompanying Memorandum, it is **ORDERED** the Defendants' Motions (ECF Doc. 10, 13, 14 and 15) are **GRANTED** and the Complaint is **dismissed**.

We grant the *pro se* Plaintiff leave to file an amended complaint consistent with our accompanying Memorandum if he can do so under Fed. R. Civ. P. 11 **on or before May 20, 2016**.

It is further **ORDERED** the April 25, 2016 initial pretrial conference is **cancelled** until, if warranted, further Order of the Court. Counsel for Defendant Bristol Township shall <u>immediately</u> notify the *pro se* Plaintiff of this Order including hand delivery upon him at his address on the Complaint, and file an affidavit of service of this Order **no later than 4:00 p.m. Friday, April 22, 2016**.

KEARNEY, J.