IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN JONES, JR. | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-5594 |
| BRISTOL TOWNSHIP, et al | : |

## ORDER

**AND NOW**, this 20th day of July 2016, upon consideration of Judge Gibbons' and Magisterial Judge Kline's Motion to Dismiss the Amended Complaint (ECF Doc. No. 27), Mr. Jones having failed to timely respond and for reasons in the accompanying Memorandum, it is **ORDERED** Judge Gibbons' and Magisterial Judge Kline's Motion (ECF Doc. No. 27) is **GRANTED** and Plaintiff's claims against them are **DISMISSED with prejudice.**

KEARNEY, J.