IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN JONES, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 15-5594 |
| BRISTOL TOWNSHIP, et al | : | |

## ORDER

**AND NOW**, this 11th day of August 2016, upon consideration of the unopposed Motions to Dismiss by Bristol Township, Debra Juno, Glen Kucher and James McCauley (ECF Doc. No. 29), Randall Flager (ECF Doc. No. 30) and Kathleen Byrne (ECF Doc. No. 33), Plaintiff electing not to oppose the Motions and for reasons in the accompanying Memorandum, it is **ORDERED** the Motions to Dismiss (ECF Doc. Nos. 29, 30, 33) are **GRANTED** and the Amended Complaint (ECF Doc. No. 26) is:

1. **DISMISSED with prejudice** against Kathleen Byrne; and,

2. **DISMISSED without prejudice** against Bristol Township, James McCauley, Debra Juno, Glen Kucher and Randall Flager.

The Clerk of Court shall **close** this case.

_____
KEARNEY, J.